| PROB 22 (Rev. 01/24) | | | DOCKET NUMBER *(Tran. Court)* 2:24CR20031-002 |
|---|---|---|---|
| TRANSFER OF JURISDICTION | | | DOCKET NUMBER *(Rec. Court)* 3:26-cr-00006 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Brandy Dixon<br>(Middle District of Tennessee) | WD/TN | Memphis |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Mark S. Norris | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 08/26/2025 — TO 08/25/2027 |

**OFFENSE**
Ct. 1: Conspiracy to Commit Mail Fraud; 18 U.S.C. § 1349; Cts. 7 & 8: Mail Fraud; 18 U.S.C. § 1341

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Ms. Dixon commenced her term of supervisied release in the Middle District of Tennessee, where she has resided since 2024. A transfer of jurisdiction is requested for the purpose of handling modification and/or revocation proceedings in an expeditious manner.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _Western_ DISTRICT OF _Tennessee_

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _Middle District of Tennessee_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 09/12/2025 | /s/ Mark S. Norris |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _Middle_ DISTRICT OF _Tennessee_

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| January 20, 2026 | /s/ Eli Richardson |
|---|---|
| *Effective Date* | *United States District Judge* |